```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DAVID M. PORTER, Bar #127024
Assistant Federal Defender
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorneys for Petitioner
ROYCE A. BARRETT
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROYCE A. BARRETT,<br><br>                Petitioner,<br><br>       v.<br><br>ROBERT MEEKS,<br><br>                Respondent. | D.C. No. CIV S-97-1106 LKK<br><br>**UNOPPOSED REQUEST TO EXTEND TIME TO FILE OBJECTIONS TO MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATIONS; ORDER**<br><br>**Judge:   Honorable JOHN F. MOULDS** |

   Pursuant to Local Rule 6-142, petitioner, ROYCE A. BARRETT, by and through his counsel, David M. Porter, Assistant Federal Defender, hereby requests a thirty-day extension of time to file objections to the findings and recommendations, which are currently due on November 27, 2006.  This request is being made because of the case has recently been reassigned to the undersigned, who needs to consult with Mr. Barrett and familiarize himself with the case.

   This is the first request for an extension of time, and it is not interposed to unduly delay the proceedings, to gain unfair advantage, or for any other improper purpose.  Counsel for respondent, Supervising Deputy Attorney General Brian G. Smiley, has graciously indicated that he has no objection to this request.

Accordingly, Mr. Barrett requests the Court issue the order lodged herewith.

Dated: November 16, 2006

Respectfully submitted,

DANIEL J. BRODERICK
Federal Defender

/s/ *DAVID M. PORTER*
DAVID M. PORTER
Assistant Federal Defender

Attorneys for Petitioner
ROYCE A. BARRETT

\* \* \*

**ORDER**

Pursuant to the unopposed request of petitioner, and good cause appearing therefor, objections to the findings and recommendations may be filed on or before December 27, 2006.

Dated: November 29, 2006.

UNITED STATES MAGISTRATE JUDGE

/001; barr1106.eot

2